THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* LOUIS PARISI, Appellant.

Argued December 6, 1943; decided March 2, 1944.

*Peter L. F. Sabbatino, Thomas J. Todarelli* and *Edward J. Fontana* for appellant.

*Frank S. Hogan, District Attorney (Stanley H. Fuld, Richard G. Denzer* and *Charles H. McHugh* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.